IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DINA DINUCCI,

        Plaintiff,

v.

ONPOINT COMMUNITY CREDIT UNION,

        Defendant.

No. 3:21-CV-00122-AC

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Acosta issued a Findings and Recommendation on August 16, 2021, in which he recommends that this Court deny Defendant's Motion to Dismiss. F&R, ECF 20. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Defendant filed timely objections to the Magistrate Judge's Findings and Recommendation. Def. Obj., ECF 22. When any party objects to any portion of the Magistrate

1 - ORDER

Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Defendant's objections and concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Acosta's Findings and Recommendation [22]. Therefore, Defendant's Motion to Dismiss [10] is denied.

IT IS SO ORDERED.

DATED: \_\_November 9, 2021\_\_\_\_.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER